FILED by _____ D.C.

**Jun 19, 2020**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## 20-80049-CR-MARRA/MATTHEWMAN
### Case No. _____

### 21 U.S.C. § 846
### 21 U.S.C. § 853

**UNITED STATES OF AMERICA**

**vs.**

**LEONARD SHEMTOB and**
**STRONG SUPPLEMENTS LLC,**

          **Defendants.**
_____/

## INFORMATION

The United States Attorney charges that:

## GENERAL ALLEGATIONS

1.      Anabolic steroids are synthetic variations of the male sex hormone testosterone, which is produced naturally in the human body.  Anabolic steroids can produce anabolic and androgenic effects.  "Anabolic" effects relate to the increase and growth of muscle and bone mass. "Androgenic" effects relate to the development of male reproductive organs and characteristics. Anabolic steroids can be misused and cause harm to the body.  Misuse of anabolic steroids may lead to serious, even permanent, health problems, such as kidney failure, liver damage, high blood pressure, and increases in blood cholesterol.

### Defendants

2.      Defendant, **LEONARD SHEMTOB**, was a California resident who owned and controlled co-defendant **STRONG SUPPLEMENTS LLC.**

3.      Defendant, **STRONG SUPPLEMENTS LLC (STRONG SUPPLEMENTS)**, was a limited liability company that was incorporated under the laws of Delaware in October 2010. **STRONG SUPPLEMENTS** maintained business addresses in Las Vegas, Nevada, and Van Nuys, California. **STRONG SUPPLEMENTS** engaged in the business of selling and distributing products that were claimed to be dietary supplements. **STRONG SUPPLEMENTS** purchased products from a limited liability company located in Palm Beach County, Florida.

## Conspiracy to Distribute of Controlled Substance
### (21 U.S.C. § 846)

From on or about December 18, 2014, through in or around April 2015, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

### LEONARD SHEMTOB and
### STRONG SUPPLEMENTS LLC,

did knowingly and willfully combine, conspire, confederate, and agree with each other and with Aaron Singerman, Phillip Braun, Blackstone Labs, LLC, and others known to the United States Attorney, to manufacture, distribute and possess with intent to manufacture and distribute Schedule III controlled substances, that is the anabolic steroids methylstenbolone, dimethazine, and methyl-1-etiocholenolol, as defined by Title 21, United States Code, Section 802(41)(C)(i)-(iii), in violation of Title 21, United States Code, Section 841(a)(1).

With respect to the defendants, **LEONARD SHEMTOB** and **STRONG SUPPLEMENTS,** the controlled substances involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, was a mixture and substance containing a detectable amount of methylstenbolone, dimethazine, or methyl-1-etiocholenolol, Schedule III controlled substances, in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(E)(i).

2

# FORFEITURE
## (21 U.S.C. § 853)

1.      The allegations of this Information are re-alleged and fully incorporated herein for the purpose of alleging forfeiture to the United States of certain property in which the defendants have an interest.

2.      Upon conviction of the violation alleged in this Information, the defendants shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1)-(2), any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation, and property of the defendants, which is used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation.

3.      The property that is subject to forfeiture includes, but is not limited to, the following: the sum of $64,640, which sum represents the gross proceeds obtained, directly or indirectly, by defendant as a result of the commission of the violation alleged in this Information.

All pursuant to Title 21, United States Code, Section 853.


ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

GUSTAV W. EYLER
DIRECTOR
U. S. DEPARTMENT OF JUSTICE
CONSUMER PROTECTION BRANCH


By:     _____
ALISTAIR READER
JOHN W. BURKE
STEPHEN J. GRIPKEY
TRIAL ATTORNEYS
U.S. DEPARTMENT OF JUSTICE
CONSUMER PROTECTION BRANCH

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY\***

LEONARD SHEMTOB and
STRONG SUPPLEMENTS LLC.

☒

Defendants.

**Superseding Case Information:**

**Court Division:** (Select One)

| | | |
|---|---|---|
| ___ Miami | ✓ Key West | |
| ___ FTL | ___ WPB | ___ FTP |

| | | |
|---|---|---|
| New defendant(s) | Yes _____ | No _____ |
| Number of new defendants | _____ | |
| Total number of counts | _____ | |

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)     No
   List language and/or dialect     _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

| | (Check only one) | | | (Check only one) | |
|---|---|---|---|---|---|
| I | 0 to 5 days | ✓ | Petty | | _____ |
| II | 6 to 10 days | _____ | Minor | | _____ |
| III | 11 to 20 days | _____ | Misdem. | | _____ |
| IV | 21 to 60 days | _____ | Felony | | ✓ |
| V | 61 days and over | _____ | | | |

6. Has this case previously been filed in this District Court?     (Yes or No)     No
   If yes: Judge _____     Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?     (Yes or No)     No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers:     19-80030-CR-WPD _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)     No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?     Yes _____     No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?     Yes _____     No ✓

_____
ALISTAIR READER
DOJ TRIAL ATTORNEY
COURT ID A5502357

\*Penalty Sheet(s) attached

REV 8/13/2018

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**      **LEONARD SHEMTOB**

**Case No:**

Count #:   1

  Title 21, United States Code, Section 846

  Conspiracy to Distribute Controlled Substances

**\*Max Penalty**:     Ten (10) years' imprisonment

Count #:


**\*Max Penalty**:

Count #:


\*Max Penalty:

Count #:


\*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: **STRONG SUPPLEMENTS LLC**

**Case No**:

Count #: 1

Conspiracy to Distribute Controlled Substances

Title 21, United States Code, Section 846

* **Max. Penalty**:        Five (5) years' Probation

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| | ) | |
| Leonard Shemtob, | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.


Date: _____

_____
*Defendant's signature*


_____
*Signature of defendant's attorney*


*Printed name of defendant's attorney*


_____
*Judge's signature*


_____
*Judge's printed name and title*

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| | ) | |
| Strong Supplements LLC, | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*


_____
*Signature of defendant's attorney*


*Printed name of defendant's attorney*


_____
*Judge's signature*

_____
*Judge's printed name and title*