**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-80049-CR-MARRA**

**UNITED STATES OF AMERICA**

vs.

**LEONARD SHEMTOB and
STRONG SUPPLEMENTS, LLC,**

      **Defendants.**

_____/

**NOTICE OF RELATED ACTION, LOCAL RULE 3.8**

      The United States of America, through undersigned counsel, respectfully files this Notice of Related Action, pursuant to Local Rule 3.8, which provides that attorneys shall bring promptly to the attention of the Court and opposing counsel the existence of other actions or proceeding as described in Section 2.15.00 of the Court's Internal Operating Procedures ("IOP"). Counsel for defendants Shemtob and Strong Supplements, LLC has reviewed this pleading and does not oppose transfer pursuant to the Local Rules.

      IOP section 2.15.00 provides that whenever an action is filed in the Court that involves subject matter which is a material part of the subject matter of another action pending before the Court "or for other reasons the disposition thereof would appear to entail the unnecessary duplication of judicial labor if heard by a different Judge," the Judges involved in the actions "shall determine whether the higher-numbered action or proceeding shall be transferred to the Judge assigned to the lower-numbered action."

      On March 7, 2019, a Grand Jury, sitting in Miami, returned an indictment against Phillip Braun, Blackstone Labs, LLC ("Blackstone Labs"), five other individuals, and a second limited

liability corporation ("the Braun case").  The case was assigned to Judge Dimitrouleas under case number 19-80030-CR.  Count 4 of the indictment charged Braun, Aaron Singerman, Blackstone Labs, and co-defendants with conspiring to distribute controlled substances, *e.g.*, anabolic steroids, in violation of 21 U.S.C. § 846.  The case is set for trial on October 26, 2020.

On June 19, 2020, the United States filed an information against Leonard Shemtob and Strong Supplements, LLC ("Strong Supplements").  The case was assigned to Judge Marra under case number 20-80049-CR.  The information charged that defendants Shemtob and Strong Supplements conspired with defendants in the Braun case — Braun, Aaron Singerman, and Blackstone Labs — to distribute controlled substances, in violation of 21 U.S.C. § 846.  The conspiracy charged in case number 20-80049-CR involved three of the same anabolic steroids alleged in Count 4 of the Braun case.

The subject matter of Case No. 20-80049-CR is a material part of Count 4 of the Braun case.  In other words, the later-filed case charges essentially the same drug conspiracy as was charged in Count 4 of the indictment returned last year.

Further, in the Braun case, the conspiracy to distribute controlled substances included the allegation that serious bodily injury resulted to C.H. from the use of a specific anabolic steroid.  See Case No. 19-80030-CR-WPD, Indictment, ECF No. 1, at 19.  The product alleged to have resulted in serious bodily injury to C.H. was sold by Blackstone Labs to defendant Strong Supplements, and C.H. then purchased the product from Strong Supplements.  Accordingly, there is significant factual overlap between this case and the Braun case, and the Shemtob/Strong Supplements subject matter is undoubtedly material to the Braun case.

It would be judicially expedient for Judge Dimitrouleas to hear the newly filed case against Shemtob and Strong Supplements insofar as Judge Dimitrouleas has already expended

considerable judicial resources in connection with the earlier-filed Braun case, No. 19-80030-CR, and is familiar with many of the underlying facts and legal issues that both cases share.

In conclusion, consistent with Local Rule 3.8 and IOP 2.15.00 and to avoid unnecessary duplication of judicial labor, the government respectfully requests that the Court confer with Judge Dimitrouleas to decide whether a transfer of the present case to Judge Dimitrouleas would be appropriate. Government counsel has conferred with Daniel Behesnilian, counsel for defendants Shemtob and Strong Supplements, and he does not oppose such a transfer.

DATED: June 24, 2020

        Respectfully submitted,

        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

        GUSTAV W. EYLER
        DIRECTOR
        CONSUMER PROTECTION BRANCH
        U.S. DEPARTMENT OF JUSTICE

           */s/ Alistair Reader*
By:   ALISTAIR F. A. READER
        Court ID A5502377
        STEPHEN J. GRIPKEY
        Court ID A5502620
        JOHN W. BURKE
        Court ID A5501294
        Trial Attorneys
        U.S. Department of Justice
        Consumer Protection Branch
        450 Fifth Street, NW Suite 6400-South
        Washington, DC 20001
        Alistair.F.Reader@usdoj.gov
        (202) 353-9930
        Stephen.Gripkey@usdoj.gov
        (202) 307-0048
        Josh.Burke@usdoj.gvo

(202) 353-2001<br>
(202) 514-8742 (facsimile)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 24, 2020, a copy of the foregoing document was filed electronically with the Clerk of the Court by way of the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the CM/ECF system. Parties may access this filing through the CM/ECF system. An electronic copy of the filing will also be provided to defense counsel Daniel Behesnilian, Esq. via email.

      /s/ Alistair Reader      <br>
Alistair F. A. Reader<br>
Trial Attorney<br>
U.S. Department of Justice