UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-80049-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LEONARD SHEMTOB and
STRONG SUPPLEMENTS, LLC,

    Defendants.
_____/

## ORDER OF TRANSFER

**THIS CAUSE** is before the Court on the Government's Notice of Related Action, Local Rule 3.8 **[DE 2]**. This Court having reviewed the pertinent portions of the record and it appearing that a transfer of this Cause is appropriate due to related Case No. 19-80030-CR-DIMITROULEAS and subject to the consent of the William P. Dimitrouleas, it is

ORDERED AND ADJUDGED that the above numbered cause is hereby transferred to the calendar of Judge William P. Dimitrouleas, for all further proceedings.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 25th day of June, 2020.

KENNETH A. MARRA
United States District Judge

After reviewing the Court file in the above numbered Cause, the undersigned hereby accepts the transfer of said case.   Therefore, it is

ORDERED AND ADJUDGED that all pleadings hereinafter filed shall bear the following case number, 20-80049-CR-DIMITROULEAS hereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention.

THE FOREGOING transfer is herewith accepted this 25 day of June, 2020.

_____
WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

copies provided:
All counsel of record