**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-80049-CR-WPD**

**UNITED STATES OF AMERICA**

**v.**
**LEONARD SHEMTOB and**
**STRONG SUPPLEMENTS, LLC,**

      **Defendants.**
_____/

### JOINT MOTION TO CONDUCT INITIAL APPEARANCE, WAIVER OF INDICTMENT AND ARRAIGNMENT BY VIDEOCONFERENCE

The United States of America and defendants Leonard Shemtob and Strong Supplements, LLC, by and through undersigned counsel, hereby jointly move the Court for an order allowing defendant Leonard Shemtob, who is also the representative for defendant Strong Supplements, LLC, and defendants' counsel[1] to appear by videoconference for defendants' initial appearance, waiver of indictment, and arraignment in this case.  On June 19, 2020, the defendants were charged by criminal information with conspiracy to distribute controlled substances, in violation of 21 U.S.C. § 846.  ECF No. 1.

The defendants intend to waive indictment and do not dispute the jurisdiction of this Court.  The defendants are both represented by Daniel Behesnilian, Esq., who is located in Beverly Hills, California.  The defendant, Leonard Shemtob, resides in California and is not in custody.  The defendant, Strong Supplements, is incorporated in Delaware and maintained business addresses in Nevada and California.  The government intends to recommend that, under

---

[1] Defense counsel Daniel Behesnilian, Esq. is in the process of retaining local counsel in the Southern District of Florida.

the circumstances, defendant Leonard Shemtob remain on pretrial release with appropriate conditions of release.  The parties agree that requiring the defendants and counsel to physically travel to the Southern District of Florida for these pretrial hearings would create unnecessary health risks for the Court, defendant, and counsel.

The parties therefore respectfully request permission to appear by videoconference for the initial appearance, waiver and the arraignment.  Pursuant to Rules 5(f) and 10(c) of the Federal Rules of Criminal Procedure, the defendants consent to participating in the initial appearance and the arraignment by video teleconferencing, and waives any potential claims based on the appearance via teleconference.  The parties' request is consistent with the Southern District of Florida Administrative Order 2020-40 concerning authorization under the CARES Act to conduct certain criminal proceedings by video or audio conference.  The Administrative Order authorizes, with the consent of the defendant after consultation with counsel, to use video conferencing or telephone conferencing of video conferencing is not reasonably available for initial appearances, waivers of indictment, and arraignment pursuant to the Federal Rules of Criminal Procedure.

## **CONCLUSION**

WHEREFORE, for the foregoing reasons, the parties jointly and respectfully request that this Court enter an order allowing the defendants and counsel for defendant to appear by videoconference or telephone for defendants' initial appearance and arraignment.

DATED:  July 30, 2020

Respectfully submitted,

_/s/ Daniel V. Behesnilian_
Daniel V. Behesnilian, Esq.
Law Offices of Daniel V. Behesnilian
8484 Wilshire Blvd. Suite 700
Beverly Hills, CA 90211
Tel: (310) 854-6972
Fax: (310) 854-0128
Email: daniel@dvblaw.net

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

GUSTAV W. EYLER
DIRECTOR
CONSUMER PROTECTION BRANCH
U.S. DEPARTMENT OF JUSTICE

_/s/ Alistair Reader_
ALISTAIR F. A. READER
Court ID A5502377
STEPHEN J. GRIPKEY
Court ID A5502620
JOHN W. BURKE
Court ID A5501294
Trial Attorneys
U.S. Department of Justice
Consumer Protection Branch
450 Fifth Street, NW Suite 6400-South
Washington, DC 20001
Alistair.F.Reader@usdoj.gov
(202) 353-9930
Stephen.Gripkey@usdoj.gov
(202) 307-0048
Josh.Burke@usdoj.gov
(202) 353-2001
(202) 514-8742 (facsimile)

## **CERTIFICATE OF CONFERENCE (LOCAL RULE 88.9A)**

Under local Rule 88.9A, **I HEREBY CERTIFY** that I conferred with counsel for defendants Leonard Shemtob and Strong Supplements, who join in the motion.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF this July 30, 2020, and served a copy on all counsel of record via email.

*/s/ Alistair Reader*
Alistair Reader
Trial Attorney