UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Fort Lauderdale Division)

CASE NO.: 20-CR-80049-WPD

UNITED STATES OF AMERICA

        Plaintiff,

v.

**LEONARD SHEMTOB**,
**STRONG SUPPLEMENTS LLC**

        Defendants.
_____/

# NOTICE OF FILING
# WAIVER OF CONFLICT

PLEASE TAKE NOTICE, Defendant Leonard Shemtob is filing for the record, a letter independently memorializing a waiver of representational conflict with Strong Supplements LLC, in the above-styled cause for all purposes.

Respectfully submitted,

**REINER & REINER, P.A.**
*Local Counsel for Defendants*
9100 So. Dadeland Blvd., Suite 901
Miami, Florida  33156-7815
Tel: (305) 670-8282; Fax: (305) 670-8989
dpr@reinerslaw.com; eservice@reinerslaw.com

    /S/ DAVID P. REINER, II
By:_____
    DAVID P. REINER, II; Fla. Bar No. 416400

**CERTIFICATE OF SERVICE**

*I HEREBY CERTIFY that on* **August 20, 2020**, *I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.*

        **REINER & REINER, P.A.**
        *Local Counsel for Defendants*
        9100 So. Dadeland Blvd., Suite 901
        Miami, Florida   33156-7815
        Tel: (305) 670-8282; Fax: (305) 670-8989
        *dpr@reinerslaw.com; eservice@reinerslaw.com*

                /S/ DAVID P. REINER, II
By:_____
      DAVID P. REINER, II; Fla. Bar No. 416400

*W:\700\73125 - Nomatterwhat Tech\73125 - Notice of Appearance.docx*

REINER & REINER, P.A.
ONE DATRAN CENTER ⬥ 9100 SOUTH DADELAND BLVD ⬥ SUITE 901 ⬥ MIAMI ⬥ FLORIDA ⬥ 33156 ⬥ TEL: 305 670-8282 ⬥ FAX: 305 670-8989