**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-80049-WPD**

UNITED STATES OF AMERICA

v.

LEONARD SHEMTOB and
STRONG SUPPLEMENTS, LLC,

       Defendants.

_____/

**Notice of Appearance**

    Please enter the appearance of **Stephen J. Gripkey** as counsel for the United States in the above-entitled case.

                                      Respectfully submitted,

                                      ARIANA FAJARDO ORSHAN
                                      UNITED STATES ATTORNEY

                                      GUSTAV W. EYLER
                                      DIRECTOR
                                      U.S. DEPARTMENT OF JUSTICE
                                      CONSUMER PROTECTION BRANCH

                                      _/s/ Stephen J. Gripkey_
                                      STEPHEN J. GRIPKEY
                                      Court ID A5502620
                                      Trial Attorney
                                      Consumer Protection Branch
                                      U.S. Department of Justice
                                      P.O. Box 386
                                      Washington, D.C.  20044-0386
                                      (202) 307-0048
                                      stephen.gripkey@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on September 3, 2020, I caused a copy of the foregoing document to be filed electronically with the Clerk of the Court by way of the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of CM/ECF system. Parties may access this filing through the CM/ECF system.

                    */s/ Stephen J. Gripkey*
                    Stephen J. Gripkey
                    Trial Attorney
                    U.S. Department of Justice